**No. 11-6838. Steven L. Pinder, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

565 U.S. 1069, 132 S. Ct. 782, 181 L. Ed. 2d 501, 2011 U.S. LEXIS 8585, ▮

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-6842. Christopher Kazas, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.**

565 U.S. 1069, 132 S. Ct. 782, 181 L. Ed. 2d 501, 2011 U.S. LEXIS 8564.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 436 Fed. Appx. 813.

**No. 11-6857. Refugio Valadez, Petitioner v. Fred Britten, Warden.**

565 U.S. 1069, 132 S. Ct. 783, 181 L. Ed. 2d 501, 2011 U.S. LEXIS 8638.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-6865. Dvoira Roizman, Petitioner v. Barkan Management Company, Inc.**

565 U.S. 1069, 132 S. Ct. 783, 181 L. Ed. 2d 501, 2011 U.S. LEXIS 8604.

November 28, 2011. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 79 Mass. App. 1123, 947 N.E.2d 1154.

**No. 11-6869. David R. Carlson, Petitioner v. Becky Dooley, Warden.**

565 U.S. 1069, 132 S. Ct. 783, 181 L. Ed. 2d 501, 2011 U.S. LEXIS 8488, ▮

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-6890. Anthony Robinson, Petitioner v. Christopher B. Epps, Commissioner, Mississippi Department of Corrections, et al.**

565 U.S. 1069, 132 S. Ct. 783, 181 L. Ed. 2d 501, 2011 U.S. LEXIS 8555.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6913. Anthony J. Bator, Petitioner v. United States.**

565 U.S. 1069, 132 S. Ct. 784, 181 L. Ed. 2d 501, 2011 U.S. LEXIS 8633.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 421 Fed. Appx. 710.